UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

------------------------------------------------------------------- x
                                                  :
JERRY FUND and AUTOMATIC METER READING   :
CORP.,                                            :        **Docket No. 14-1621**
                                                  :
                    Plaintiffs-Appellants,        :        **STIPULATION OF**
                                                  :        **WITHDRAWAL**
            vs.                                   :        **PURSUANT TO FRAP 42(B)**
                                                  :
CITY OF NEW YORK and PATRICIA GATLING,            :
                                                  :
                    Defendants-Appellees.         :
                                                  :
------------------------------------------------------------------- x

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel, that the Appeal, Docket No. 14-1621, is hereby withdrawn, without costs and without

attorneys' fees pursuant to FRAP 42(b).

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be

executed in counterparts and by facsimile.

Dated: New York, NY
      August 19, 2014

FEDER KASZOVITZ LLP

By: _____
    Jonathan Honig
    845 Third Avenue
    New York, NY 10022
    Tel:   (212) 888-8200

Attorneys for Plaintiffs-Appellants

CORPORATION COUNSEL
NEW YORK CITY LAW DEPARTMENT

By: _____
    Francis Caputo
    100 Church Street
    New York, NY 10007
    Tel:   (212) 356-2502

Attorneys for Defendants-Appellees